**Opinion filed March 12, 2026**



In The

# Eleventh Court of Appeals

_____

## No. 11-26-00056-CR

_____

## DYLAN SCOTT REYNOLDS, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 104th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 23404-B**

### M E M O R A N D U M   O P I N I O N

On February 18, 2026, Appellant filed a notice of appeal from the trial court's judgment adjudicating his guilt for the first-degree felony offense of injury to an elderly individual. *See* TEX. PENAL CODE ANN. § 22.04(e) (West Supp. 2025). Following his pleas of "true" to allegations in the State's motion to adjudicate, the trial court adjudicated Appellant guilty, revoked his community supervision, and assessed his punishment at imprisonment for ten years in the Institutional Division of the Texas Department of Criminal Justice.

Appellant has now filed a motion to dismiss the appeal. In the motion, Appellant states that he wishes to "withdraw [his] notice of appeal" and requests that we dismiss the appeal pursuant to Rule 42.2 of the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 42.2(a). The motion is signed by Appellant and Appellant's counsel in compliance with Rule 42.2(a). *Id.*

We grant Appellant's motion and dismiss this appeal.


W. BRUCE WILLIAMS

JUSTICE


March 12, 2026

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.